2-751170
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,



                          Plaintiff,

        - against -

                                                    CIVIL COMPLAINT
IBRAHIM BABAJIDE ALLI,                              IN ADMIRALTY

                          Defendant.
-------------------------------------------------X

        Plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES,

INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE &

ASSOCIATES, as and for its Complaint against defendant IBRAHIM BABAJIDE

ALLI, in personam, in a cause of action civil and maritime, alleges upon information

and belief:

        1. This is an admiralty and maritime claim within the meaning of Rule

9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of

1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 24 of the Bill of

Lading.

        2. At all times hereinafter mentioned, plaintiff ZIM INTEGRATED

SHIPPING SERVICES, INC. was and still is a corporation duly organized and

existing under the laws of the State of Delaware with offices and a place of business

at 5801 Lake Wright Drive, Norfolk, VA 23502.

        3. Upon information and belief and at all times hereinafter mentioned,

defendant had and now has the legal status and place of business as set forth in

Schedule A.

        4. On or about the dates and at the ports of shipment stated in

Schedule A, certain goods were delivered to plaintiff to be carried to the ports of

destination and at the agreed charges to be paid by defendant pursuant to plaintiff's

public tariff.

        5. Thereafter, the said goods were transported to the ports of

destination and delivered to the consignee and/or its agents.

6. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and to refuse to remit the $4,548.00 due, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $4,548.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
January 30, 2008

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By _____

Albert J. Avallone - AA1679
Attorneys for Plaintiff
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.
551 Fifth Avenue, Suite 1701
New York, NY 10176
(212) 696-1760

I. Defendant's status & address:

A. Upon information and belief and at all times hereinafter mentioned, defendant IBRAHIM BABAJIDE ALLI was and still is a natural person and resident of the State of Illinois, residing at 2441 Creek Bend Road, Shaumburg, IL 60173.


II. Particulars:

1. Bill of Lading No. ZIMUORF222206, dated September 30, 2007, from Chicago to Nigeria via Norfolk on the Vessel DIMAN II, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, at the applicable tariff and/or Service Contract rate of $4,548.00 (Exhibit A).

Amount Paid: $0                          Amount Due: $4,548.00


III. Total Amount Due: $4,548.00

RAHIM BABAJIDE ALLI
41 CREEK BEND RD
HAUMBURO                    IL   60173

ORR188869          ZIMUORF222206

CONSIGNEE (NAME & ADDRESS)

LI-ONIYE & SONS
AKINWUNMI STREET MENDE MARYLAND
JOS STATE NIGERIA

REF NO. SUN708020Y
FMC# 3718
SUNSHIP INTL INC
6815 W 95TH STREET
SUITE 1NE OAK LAWN IL 60453

NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER
(NAME & ADDRESS)

LI-ONIYE & SONS
AKINWUNMI STREET MENDE MARYLAND
JOS STATE NIGERIA TEL#2348023121196

REMARKS / EXPORT OR OTHER INSTRUCTIONS

PLACE OF RECEIPT OF GOODS

SEA WAYBILL *SERVICE CONTRACT NO. 9900.00.1996*

PRE-CARRIAGE BY (MODE)

VESSEL                                                  275/E

PORT OF LOAD

PORT OF DISCHARGE

FURTHER ROUTING (AT MERCHANTS EXPENSE, RISK AND RESPONSIBILITY)

ONNE ISLAND, NIGERIA

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|

DESCRIPTION DETAILS AS PER ATTACHED RIDER

130260-40'-SEAL#0387068 3 PCS 12000LBS/5443KGS/HC

NON-NEGOTIABLE

EXHIBIT "A"

COMMODITIES,TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT
ADMINISTRATION REGULATIONS.DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| DETAILS | | TOTAL | | | |
|---|---|---|---|---|---|
| FREIGHT PREPAID | FREIGHT | UNIT | 4150.00 | 4150.00 | DL |
| ON BOARD : 09/30/2007 | FREIGHT TAX SU | UNIT | 200.00 | 200.00 | DL |
| CY | INTERNATIONAL | UNIT | 16.00 | 16.00 | DL |
| SHIPPERS/LOAD/COUNT/STOW | INTERMODAL | UNIT | 178.00 | 178.00 | DL |
| | ORIGIN AD VALOREM FREIGHT | UNIT | 4.00 | 4.00 | DL |

$US 4548.00

WITNESS whereof the Master or Agent of the said vessel has signed the number of original Bills of Lading stated below. All of this force and date. If the Bill of Lading is consigned to order, one shall be surrendered before delivery and the others to stand void.

| FREIGHT PAYABLE AT | NO. OF ORIGINAL BL ISSUED |
|---|---|
| NORFOLK | 3 |

PLACE AND DATE OF ISSUE

NORFOLK,VA  09/30/2007

ZIM American
As Agents for Integrated Shipping Services Co.,

ZERO

```
1 CXT   X40 HC CONT. S.T.C.              5443KG
        1998 FORD ECONOLINE E150        12000LB
        VIN# 1FTRE1424WHA51649
        2004 MITSUBISHI OUTLANDER LS
        VIN# JA4LZ31FX4U058441
        2004 TOYOTA CAMRY LE/XLE/SE
        VIN# 4T1BE32K24U446086
```

XTN#363654639SJN/080207

WE CERTIFY THAT THE GAS TANKS
ARE EMPTY & THE BATTERIES ARE
DISCONNECTED. _____
                  V.KARAOTCA

NG CRS# N/A