UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ZIM AMERICAN INTEGRATED SHIPPING
SERVICES, INC.,

v.                                          CASE NO. 08CV00977
                                            JUDGE STANTON
IBRAHIM BABAJIDE ALLI,

----------------------------------------x

PURSUANT TO RULE 7.1 [FORMERLY LOCAL GENERAL RULE 9] OF THE LOCAL RULES OF THE US DISTRICT COURT FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR __Zim American Integrated Shipping Services, Inc.__ (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD.

    Associated Marine Charters, Inc.
    Zim Savannah Terminals, Inc.

DATE: 1-30-08

SIGNATURE OF ATTORNEY
Albert J. Avallone - AA1679

FORM SDNY-9
WEB 4/99