# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: Feb 14 2008

NAME OF SERVER (PRINT): Paul Lang

TITLE: Private Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: With Ruby Babajide Ali - Relative at 2401 Creek Bend Rd Schaumburg IL 60173

☐ Returned unexecuted: _____

☒ Other (specify): Additional copy mailed to deft as well

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Feb 15 2008

Signature of Server: Paul Lang

Address of Server: 917 Lunt Ave. Schaumburg IL 60193

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.