2-751170
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

Plaintiff,

- against -

IBRAHIM BABAJIDE ALLI,

Defendant.
-------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/08

08 CIV. 977 (LLS)

DEFAULT JUDGMENT

This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant IBRAHIM BABAJIDE ALLI on February 14, 2008 by personal service on Ruby Babajide Alli, a relative and a person of suitable age and discretion, and by mailing to defendant that same date, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

ORDERED, ADJUDGED AND DECREED that the plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC. have judgment against defendant IBRAHIM BABJIDE ALLI in the liquidated amount of $4,548.00, with interest at 6% from September 30, 2007 amounting to $133.08, plus the costs and disbursements of this action in the amount of $565.00, amounting in all to $5,246.08.

Dated: New York, New York
        March       , 2008
        April 8, 2008

_____
Louis L. Stanton
U.S.D.J.

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____